United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE ZHOU, et al., | Case No. 21-cv-06067-YGR   (DMR) |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| | Re: Dkt. No. 44 |
| SIN KIONG CHAI, et al., | |
| Defendants. | |

Plaintiffs filed a unilateral discovery letter brief and exhibit.  [Docket Nos. 42, 43.]
Plaintiffs explain that Defendants have failed to respond to interrogatories and produce documents
or attempts to meet and confer.  The court ordered Defendants to file a response to Plaintiffs'
discovery letter brief and exhibit by July 5, 2022.  [Docket No. 44.]  Nothing was filed.
Accordingly, Defendants are ordered to show cause in writing by **Monday, July 11, 2022** why
they should not be sanctioned for failure to comply with a court order, up to and including a
recommended sanction of entry of default against them.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
Donna M. Ryu
United States Magistrate Judge