1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

YUE ZHOU, et al.,

Case No.  21-cv-06067-YGR   (DMR)

8

Plaintiffs,

9

v.

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 44

10

SIN KIONG CHAI, et al.,

11

Defendants.

12
13      This wage-and-hour lawsuit is pending before the Honorable Yvonne Gonzalez Rogers,

14  who referred all discovery disputes to the undersigned.  [Docket No. 40.]  On June 27, 2022

15  Plaintiffs filed a unilateral discovery letter brief and exhibit.  [Docket Nos. 42, 43.]  Plaintiffs

16  explain that Defendants have failed to respond to interrogatories, produce documents, or attempt

17  to meet and confer.  The court ordered Defendants to file a response to Plaintiffs' discovery letter

18  brief and exhibit by July 5, 2022.  [Docket No. 44.]  After nothing was filed, the court ordered

19  Defendants to show cause in writing by July 11, 2022 why they should not be sanctioned for

20  failure to comply with a court order, up to and including a recommended sanction of entry of

21  default against them.  Defendants did not respond to the court's order to show cause.

22      Accordingly, Defendants are ordered to appear for a hearing before the undersigned on

23  July 28, 2022 at 1:00 p.m. via Zoom Videoconference to explain why they failed to comply with

24  their discovery obligations and violated two court orders.  Defendants' counsel Timothy Allen

25  Reed and Defendants Sin Kiong Chai and Huei Li Chu Chai in their personal capacities must

26  appear.  Counsel for Plaintiffs shall also appear at the hearing.  Parties can find the Zoom link to

27  the court's virtual Zoom courtroom at: https://cand.uscourts.gov/judges/ryu-donna-m-dmr/

28

United States District Court
Northern District of California

1          **IT IS SO ORDERED.**

2     Dated: July 18, 2022

3



4                                        Donna M. Ryu

                                         Judge Donna M. Ryu

5                                        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California