UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE ZHOU,<br><br>    Plaintiff,<br><br>vs.<br><br>SIN KIONG CHAI *et. al*,<br><br>    Defendant(s). | Case No.: 4:21-CV-06067-YGR<br><br>ORDER TO SHOW CAUSE REGARDING DEFENDANT'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES |

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

Counsel for defendants is hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within three (3) business days after receipt of the [moving party's] letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers."

Plaintiff filed her pre-filing conference letter on December 21, 2022.  (Dkt. No. 70.)  To date, defendants have failed to file a response to that letter.

A hearing on this Order to Show Cause shall be held on Friday, January 13, 2023, at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.  Counsel must file a written response to this Order to Show Cause no later than Friday, January 6, 2023.

If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar.  Otherwise, personal appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated:   January 3, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**